**SULAIMAN LAW GROUP, LTD.**
Eric D. Coleman (Admitted Pro Hac Vice)
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: 630-575-8181 x105
Facsimile: 630-581-8188
E-Mail: ecoleman@sulaimanlaw.com
*Attorney for the Plaintiff*

**WAJDA LAW GROUP, APC**
Nicholas M. Wajda
11400 West Olympic Boulevard, Suite 200M
Los Angeles, California 90064
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAL J. DAVENPORT,<br><br>        Plaintiff,<br><br>    v.<br><br>THE MOORE LAW GROUP, A PROFESSIONAL CORPORATION,<br><br>        Defendant. | Case No. **5:19-cv-00971-PA-GJS**<br><br>**ORDER** |

**PROPOSED ORDER ON MOTION TO APPEAR BY TELEPHONE AT**
**THE SCHEDULING CONFERENCE**

Plaintiff, HAL J. DAVENPORT ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd. and Wajda Law Group, APC, having filed with this Court his Motion to Appear by Telephone at the Scheduling Conference and the Court having reviewed same, now finds:

1. Plaintiff's counsel is allowed to appear by telephone at the Scheduling Conference scheduled for August 5, 2019.

**DENIED**
BY ORDER OF ***

UNITED STATES DISTRICT JUDGE
07/24/19

1

***This motion fails to comply with the Local Rules of the Central District of California.