UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 19-971 PA (GJSx) | Date | August 5, 2019 |
|---|---|---|---|
| Title | Hal J. Davenport v. The Moore Law Group, A Professional Corporation | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** ORDER TO SHOW CAUSE

The Court is in receipt of the Notice of Suggestion of Death (Docket No. 21) filed by counsel for plaintiff Hal J. Davenport ("Plaintiff"). Plaintiff's counsel states that after he was unable to reach Plaintiff after multiple unsuccessful attempts, counsel ran a LexisNexis Accurint report, which revealed that Plaintiff passed away on June 22, 2019.

Accordingly, the Court orders Plaintiff to show cause, in writing, on or before **September 5, 2019** why this action should not be dismissed. The filing of a motion for substitution of a proper party will be deemed a sufficient response to this Order to Show Cause. See Fed. R. Civ. P. 25(a)(1).

IT IS SO ORDERED.