JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAL J. DAVENPORT, | ED CV 19-00971 PA (GJSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| THE MOORE LAW GROUP, A PROFESSIONAL CORPORATION, | |
| Defendant. | |

Pursuant to the Court's September 11, 2019 Minute Order dismissing this action in light of the Notice of Suggestion of Death filed by Plaintiff's counsel,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: September 11, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE